UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PERMANENT GENERAL INSURANCE CORPORATION OF OHIO,<br>   Plaintiff,<br><br>v.<br><br>KIMBERLY MCDEVITT, MICHAEL MILLER, COLBY TODD, DANIEL F. MCGINTY, SAMUEL CHARNEGIE, and LEHIGH VALLEY INTERIOR CONSTRUCTION,<br>   Defendants. | No. 5:19-cv-04619 |

# **O R D E R**

**AND NOW**, this 20th day of March, 2020, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion for Summary Judgment, ECF No. 24, is **GRANTED**.

2. Judgment is **ENTERED** in favor of Plaintiff and against all Defendants: Plaintiff has no duty or obligation to defend or indemnify Kimberly McDevitt and Michael Miller in the state court civil action: *Colby Todd. v. Michael Miller, Daniel McGinty, and Lehigh Valley Interior Construction*, No. 2018-C-3429 (Court of Common Pleas of Lehigh County, Pennsylvania).

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge